IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

HOWARD D. KISNER, JR.                                                  PLAINTIFF

      v.                      CIVIL NO. 05-4051

JO ANNE B. BARNHART, Commissioner
Social Security Administration                                         DEFENDANT

### **O R D E R**

For reasons stated in a memorandum opinion of this date, we hereby remand this case to the Commissioner for further consideration pursuant to sentence six of 42 U.S.C. § 405(g).

IT IS SO ORDERED AND ADJUDGED this 10th day of August 2006.

                                        /s/ Bobby E. Shepherd
                                        HONORABLE BOBBY E. SHEPHERD
                                        UNITED STATES MAGISTRATE JUDGE