IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

HOWARD D. KISNER, JR.                                                     PLAINTIFF

        v.                   Civil No. 05-4051

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                            DEFENDANT

## **JUDGMENT**

On this 21st day of September, 2006, the Court has before it for consideration the request for attorney's fees filed by plaintiff's attorney, Greg Giles, pursuant to the Equal Access to Justice Act, *28 U.S.C. § 2412*. In accordance with the Memorandum Opinion filed in the above styled case on today's date, the Court hereby denies the motion.

IT IS SO ORDERED.

                                                                             /s/ Bobby E. Shepherd
                                                                             HONORABLE BOBBY E. SHEPHERD
                                                                             UNITED STATES MAGISTRATE JUDGE